JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs
Ying ZHANG;
Da Sheng ZHANG

**GRANTED**
*/s/ James Ware*
Judge James Ware

3/31/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ying ZHANG;<br>Da Sheng ZHANG<br><br>        Plaintiffs<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br><br>        Defendant. | Case No.: **C08-0978 JW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br><br>"Immigration Case" |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated:    March 28, 2008                                    Respectfully submitted,


                                                                            /S/
                                                            Justin X. WANG, Esq.
                                                            Attorney for Plaintiffs

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 31, 2008

*/s/ James Ware*
United States District Judge

---

Case No.: C08-0978 JW
Notice of Voluntary Dismissal          F:\LING MIAO\Mandamus\485 Family Based\ZHANG Dasheng & ZHANG Ying\Voluntary Dismissal.wpd